NEW YORK,
May, 1284.

Ex parte
Noble.

costs be paid, or that he pay the costs within a given time or be stricken from the roll.

---

### *Ex parte* NOBLE.

Proceedings to obtain leave to prosecute the general sureties of a sheriff, under the statute, (1 R. L. 421, s. 6.)

In general, the affidavit should show a *fi. fa.* and return of *nulla bona*, &c., on the judgment against the sheriff; but this is not necessary, where it is shown clearly that he is insolvent.

J. C. MORRIS, moved for leave to prosecute the sureties of Jacob Downing, late Sheriff of Cattaragus county.

He read an affidavit (which was not entitled) setting forth,

1. A judgment of $267 06, in October term, 1820, in favor of Noble against Reid & Dodge.

2. That a writ of *test. fi. fa.* issued and was delivered to Downing, then Sheriff of Cattaragus, January 11th, 1821, commanding him to levy the above sum, and endorsed for that sum, with interest from the 20th October, 1820, who levied the money accordingly.

3. That at last May term, Noble sued Downing for not returning the writ and paying over the money, and at the last February term, obtained judgment against him for $292 78, which was docketed the 16th March last.

4. The affidavit, which was made by Noble, then proceeded thus : " And this deponent further saith, that the said Jacob Downing is, as this deponent is informed and verily believes, utterly insolvent, and destitute of property, has been confined on the jail limits of Cattaragus county, and is unable to pay any part of the said judgment so recovered by him, this deponent, as aforesaid ; and that unless this deponent can collect the amount thereof of the sureties of the said Jacob Downing, upon their bond, the same will be lost. And this deponent farther saith, that the sureties who executed the bond required by law, with the said Jacob Dow-

NEW YORK,
May, 1824.

Anonymous.

ning, as such Sheriff as aforesaid, are, as this deponent is in-formed and believes, M. B. C., H. W., W. S., J. D., L. D., and H. D. F.

The motion was *ex parte*, and the only question was if a *fi. fa.* against the Sheriff and a return of *nulla bona*, &c., were necessary.

*Curia.* Before we give leave to prosecute the sureties of the Sheriff, under the discretion vested in us by the statute, (1 R. L. 421, s. 6,) we in general require that a *fi. fa.* against the Sheriff be returned *nulla bona*, &c., as the evidence of his inability to pay. But this is not necessary when it appears sufficiently plain, as it does in this case, that the Sheriff is unable to pay. Issuing a *fi. fa.* and having it returned would be an idle ceremony.

Motion granted.